UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **2:22-cv-07226-MWF-PD**                              Dated:  October 31, 2022

Title:         Theresa Brooke v. Hersha Hospitality Management LP

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

   None Present                                                              None Present

PROCEEDINGS (IN CHAMBERS):  COURT ORDER

In light of the Notice of Settlement filed October 30, 2022, the Court sets a hearing on Order to Show Cause Re Dismissal for January 09, 2023, **at 11:30 a.m**. If the stipulated dismissal is filed prior to this date, the matter will be taken off calendar. All other dates are hereby vacated.

**IT IS SO ORDERED.**